**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

# NOT  DESIGNATED  FOR  PUBLICATION

Jonica H. Phillips
RLCC Cajun-3-D2 DOC No. 429550
1630 Prison Rd.
Cotton port LA 71327

> Judgment on rehearing rendered and mailed to all parties or counsel of record on January 27, 2021

### REHEARING ACTION: January 27, 2021

**Docket Number: 19   00604-KH**

**STATE OF LOUISIANA**
**VERSUS**
**JONICA H. PHILLIPS**

**Writ Application from Grant Parish Case No. 07-226**

**BEFORE JUDGES:**

    **Hon. Elizabeth A. Pickett**
    **Hon. John E. Conery**
    **Hon. Van H. Kyzar**

As counsel of record in the captioned case, you are hereby notified that the ruling on the

application for rehearing filed by **Jonica H. Phillips** is:

    **REHEARING DENIED.**  *See* Uniform Rules—Courts of Appeal,
    Rule 2-18.7.

cc: Hon. James Patrick Lemoine, Counsel for  the Respondent